

FILED

MAY 1 2 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

FILED

MAY 1 1 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

CONSTANCE M. EVERY,
**Plaintiff,**

v. Civil Action No.: 1:26-cv-126-CLC-MJD

CITY OF CHATTANOOGA,
LT. LES STOVER,
OFFICER SHACKLEFORD (Badge #1189),
OFFICER WHITE (Badge #1228),
S. MINGO,
**Defendants.**

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)**

**I. JURISDICTION AND VENUE**

This action arises under the Constitution and laws of the United States, including the Fourth Amendment and 42 U.S.C. § 1983.

This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.

Venue is proper because the events occurred in Chattanooga, Tennessee.

**II. PARTIES**

Plaintiff, Constance M. Every, is a resident of Chattanooga, Tennessee.

Defendant City of Chattanooga is a municipal entity responsible for the policies and supervision of its police department.

Defendants are police officers acting under color of state law.

**III. STATEMENT OF FACTS**

On March 18, 2026, officers responded to Plaintiff's residence based on a third-party 911 call alleging threats of violence.

The caller was not present and relied on secondhand information.

Officers knocked for approximately 30 minutes and threatened forced entry.

Before entry, Plaintiff's guest exited and informed officers she was safe and no one was in danger.

The guest appeared calm and uninjured. At that point, any reasonable belief of an emergency had been dispelled.

Plaintiff refused consent and requested a warrant.

When Plaintiff opened the door, officers immediately handcuffed Plaintiff despite no threat.

Officers entered without a warrant and searched the residence, including the closet and bathroom.

Guest again confirmed no danger. No criminal activity was found.

Plaintiff remained in handcuffs and had to request removal.

Officers left without arrest or explanation.

## IV. CLAIMS FOR RELIEF

**Count I – Unlawful Entry**: Defendants entered without a warrant or exigent circumstances.

**Count II – Unlawful Search**: Defendants conducted an unreasonable search.

**Count III – Unlawful Detention**: Plaintiff was detained without probable cause.

**Count IV – Excessive Force**: Handcuffing was unreasonable.

**Count V – Municipal Liability**: City failed to train officers, causing violations.

## V. DAMAGES

Plaintiff seeks $50,000,000 in compensatory damages and punitive damages.

## VI. RELIEF REQUESTED

Plaintiff requests judgment, damages, costs, and any further relief deemed proper.

## JURY DEMAND

Plaintiff demands trial by jury.

**Respectfully submitted,**

Constance M. Every (Pro Se)
4050 Blue Water Circle, Apt 308, Chattanooga, TN 37415
865-405-1206 | blackcoffeejustice@gmail.com